AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Trey Michael Nolte<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:26-cr-00499-CEF |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

❐ Indictment ❐ Superseding Indictment ☑ Information ❐ Superseding Information ❐ Complaint
❐ Probation Violation Petition ❐ Supervised Release Violation Petition ❐ Violation Notice ❐ Order of Court

| | |
|---|---|
| Place: Carl B. Stokes U.S. Court House<br>801 West Superior Avenue<br>Cleveland, Ohio 44113 | Courtroom No.: 9B |
| | Date and Time: 11/16/2026 10:30 am |

This offense is briefly described as follows:

18:1349 - Conspiracy to Commit Wire Fraud and Mail Fraud
(1)
18:1956(h) - Money Laundering Conspiracy
(2)
18:1028(a)(7) and (f) - Conspiracy to Commit Identity Theft
(3)
18:1028A(a)(1) and 2 - Aggravated Identity Theft

Date: 11/05/2026

CHRISTIAN M. CAPECE
*Clerk*

/s/Lauren N. Kasulones
*Courtroom Clerk to the Honorable Jennifer Dowdell Armstrong*
*(216) 357-7100*